IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA ZABLOTNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 3:22-32 |
| ) | Judge Stephanie L. Haines |
| WINDBER HOSPITAL, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

AND NOW, this 12th day of July, 2023, the Court having conducted a meditation on July 11, 2023 where the parties reached a settlement in principle, and with no further action being required by the Court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the issue of attorneys' fees and any other issues relating to the completion and enforcement of settlement.[1] The parties are directed to file the appropriate dismissal under Fed. R. Civ. P. 41 upon final resolution of this matter.

cc/ecf: All counsel of record

_____
Stephanie L. Haines
United States District Judge

---

[1] The parties are requested to contact the Court regarding any issue relating to enforcement of settlement, and the Court will then schedule a telephonic conference to discuss the issue. No motions to enforce settlement may be filed until after the conference.